■ ADELINA LANESE, Appellant, v. RAHKIN HOLDING CORPORATION, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from judgment of Onondaga Equity Term declaring the agreement between the parties dated April 5, 1955, as modified by a later agreement, to be valid, and restraining plaintiff from obstructing certain areas on her property.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM U. TESSEYMAN, Respondent, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Cayuga County Court sustaining the writ of certiorari and directing the Warden of Auburn Prison to discharge relator from custody upon receipt of a certified copy of the order.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ EMMA COSS, as Administratrix of the Estate of DONALD SMITH, Deceased, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 33832.) — Judgment affirmed, with costs to the claimant. All concur. (Cross appeals from a judgment of the Court of Claims for claimant on a claim for damages for the death of claimant's intestate alleged to have resulted from injuries received because of negligent condition of State highway.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ. [11 Misc 2d 856.]

■ PETER PILLITTIERI, as Executor of CARLO PILLITTIERI, Deceased, Appellant, v. WARREN J. SMITH et al., Respondents.— Judgment and order affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Chautauqua Trial Term for defendants for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ CLAUDE B. COLE et al., Respondents, v. GEORGE J. EVANS, Public Administrator of the County of Erie, as Administrator of the Estate of FRANK M. BROCK, Deceased, et al., Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Cattaraugus Trial Term for plaintiffs in an automobile negligence and trespass action. The order denied a motion for a new trial.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ THOMAS WELCH, Appellant, v. GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LIMITED, Respondent.— Judgment and order affirmed, without costs of this appeal to either party. All concur. (Appeal from judgment and order of Ontario Special Term dismissing plaintiff's complaint, in an action by a judgment creditor under an automobile liability insurance policy.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.